UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY CO., <br><br> Plaintiff, <br><br> v. <br><br> THE BURLINGTON INSURANCE COMPANY, SOUTHERN TRUSS, INC., DOUGLAS FORREST, GAYLON CRUSE, individually and doing business as CRUSE CONSTRUCTION COMPANY, and MARK DUCKWORTH., <br><br> Defendants. <br><br> THE BURLINGTON INSURANCE COMPANY., <br><br> Defendant/Counter/Cross-Plaintiff, <br><br> v. <br><br> ARTISAN AND TRUCKERS CASUALTY CO, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SOUTHERN TRUSS, INC., DOUGLAS FORREST, GAYLON CRUSE, individually and doing business as CRUSE CONSTRUCTION COMPANY, and MARK DUCKWORTH <br><br> Cross-Defendants. | Case No. 3:21-cv-497-JPG |

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Artisan Truckers Casualty Company Complaint against Defendant the Burlington Insurance Company. TBIC's Counterclaim/Cross-Claim, and all other claims in this case are **DISMISSED WITHOUT PREJUDICE**.

**DATED: August 25, 2022**    MONICA A. STUMP, Clerk of Court
                              s/Tina Gray, Deputy Clerk

**Approved:**    s/  J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**