# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY CO., <br><br> Plaintiff, <br><br> v. <br><br> THE BURLINGTON INSURANCE COMPANY, SOUTHERN TRUSS, INC., DOUGLAS FORREST, GAYLON CRUSE, individually and doing business as CRUSE CONSTRUCTION COMPANY, and MARK DUCKWORTH., <br><br> Defendants. <br><br> THE BURLINGTON INSURANCE COMPANY., <br><br> Defendant/Counter/Cross-Plaintiff, <br><br> v. <br><br> ARTISAN AND TRUCKERS CASUALTY CO, <br><br>     Plaintiff/Counter-Defendant, <br><br>     v. <br><br> SOUTHERN TRUSS, INC., DOUGLAS FORREST, GAYLON CRUSE, individually and doing business as CRUSE CONSTRUCTION COMPANY, and MARK DUCKWORTH <br><br>     Cross-Defendants. | Case No. 3:21-cv-497-JPG |

# **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of the Plaintiff/Counter-Defendant Artisan and Truckers Casualty Co. and against Defendant/Counter/Cross-Plaintiff The Burlington Insurance Company, and Defendants/Cross-Defendants Southern Truss, Inc., Douglas Forrest, Gaylon Cruse, individually and doing business as Cruse Construction Company, and Mark Duckworth.

**IT IS FURTHER DECLARED** that:

Artisan and Truckers Casualty Co. owes no duty to defend or indemnify Defendants/Cross-Defendants Southern Truss, Inc. and Douglas Forrest under Policy No. 02383356-6, issued in Saline County, Illinois, in connection with the underlying litigation; and

The Burlington Insurance Co. owes a duty to defend and indemnify Defendants/Cross-Defendants Southern Truss Inc. and Douglas Forrest under Policy No. 582BW52238, issued in Saline County, Illinois, in connection with the underlying litigation.

**DATED: March 28, 2024**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
          Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE